UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22172-Civ-COOKE/TORRES

PEDRO ROSA-NALES,

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINE, *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT ON FEES AND COSTS

It is hereby **ORDERED and ADJUDGED**, that final judgment is entered in favor of the Defendants, Carnival Corporation and Carnival Cruise Lines, Inc., and against the Plaintiff, Pedro Rosa-Nales, for attorneys' fees and costs in the amount of Ninety Thousand Eight Hundred Thirty-One dollars and forty cents ($90,831.40), for which sum let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, this 12th day of August 2015.

*[signature]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*